No. 86–5378.  KACHBALIAN v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 86–5388.  TYSON v. MCKELLAR, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 86–5419.  STOCKARD v. WHITE, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 86–5465.  SHEGRUD v. WISCONSIN.  Sup. Ct. Wis.  Certiorari denied.

No. 86–5508.  MAGHE v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 86–5524.  MAYER v. ANGELICA.  C. A. 7th Cir.  Certiorari denied.

No. 86–5549.  WILSHIRE v. RHODE ISLAND ET AL.  Sup. Ct. R. I.  Certiorari denied.

No. 86–5557.  CHEESEMAN v. OFFICE OF PERSONNEL MANAGEMENT.  C. A. Fed. Cir.  Certiorari denied.

No. 86–5566.  RIZO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 86–5570.  HUERTA v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 86–5601.  HARROLD v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 86–5611.  EURY ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 86–5624.  PITTS v. DISPENZA, DEPUTY EXECUTIVE SECRETARY, AIR FORCE BOARD FOR THE CORRECTION OF MILITARY RECORDS.  C. A. Fed. Cir.  Certiorari denied.

No. 86–5632.  SCINTO v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 86–5648.  MCCOWN v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 6th Cir.  Certiorari denied.